**Opinion filed December 8, 2011**



In The

# Eleventh Court of Appeals

_____

## No. 11-11-00109-CV
_____

## ARBOR CONSULTING, INC. D/B/A REAL GREEN PEST AND LAWN, Appellant

## V.

## BETTER BUSINESS BUREAU INC. OF AUSTIN, TEXAS, Appellee

**On Appeal from the 126th District Court**

**Travis County, Texas**

**Trial Court Cause No. D-1-GN-10-002852**

### M E M O R A N D U M   O P I N I O N

Arbor Consulting, Inc. d/b/a Real Green Pest and Lawn, plaintiff below, filed a notice of appeal from an order granting the defendant's motion for summary judgment. Upon review of the record in this case, it became apparent to this court that the order from which Arbor appealed was not a final, appealable judgment because it did not dispose of all claims and all parties. Unless specifically authorized by statute, appeals may be taken only from final judgments. *Tex. A & M Univ. Sys. v. Koseoglu*, 233 S.W.3d 835, 840–41 (Tex. 2007); *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191 (Tex. 2001). Consequently, on August 31, 2011, we abated the appeal

pursuant to TEX. R. APP. P. 27.2 so that a final judgment could be entered. We noted that we had no jurisdiction to entertain the appeal absent a final judgment, explained which claims had not been disposed of, and gave a deadline of "on or before October 31, 2011," for a final judgment to be entered.

As of yet, no final judgment has been entered in this cause. The district clerk has notified this court that, apart from our August 31 order abating the appeal, there has been no further activity in the underlying case. Because a final judgment disposing of all claims and all parties still has not been entered, we dismiss this appeal.

Accordingly, the appeal is dismissed for want of jurisdiction.

PER CURIAM

December 8, 2011

Panel consists of: Wright, C.J.,
McCall, J., and Kalenak, J.

2